```
                                                              FILED
1   BENJAMIN B. WAGNER
    United States Attorney                                   OCT 28 2014
2   Josh Franklin Sigal                                 CLERK, U.S. DISTRICT COURT
    Assistant U.S. Attorney                           EASTERN DISTRICT OF CALIFORNIA
3   501 I Street, Suite 10-100                        BY_____
    Sacramento, CA 95814                                        DEPUTY CLERK
4   916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR A SEARCH WARRANT CONCERNING: | 2:14 - SW 0605 KJN |
| USPS First Class Mail Parcel, 9114999944238100845314, addressed to "Jordan Anderson, 3131 Memorial Ct Apt 20112, Houston, TX 77007-6278" (hereinafter referred to as "PARCEL ONE"). | SEALING ORDER<br><br>**UNDER SEAL**<br><br>**SEALED** |
| USPS First Class Mail Parcel 9114999944238100845314 addressed to "Connor Hatcher, 628 NW 20th Street, Moore, Oklahoma 73160-3404" (hereinafter referred to as "PARCEL TWO"). | |
| USPS First Class Mail Parcel 9114999944238100845321 addressed to "Cory Allen, 2820 Dominion Lane, Kennesaw, GA 30144" (hereinafter referred to as "PARCEL THREE"). | |
| USPS First Class Mail Parcel 9114999944238100845369 addressed to "Eli Dampier-McClernon, 705 Frasier Street, Durham, NC 27704" (hereinafter referred to as "PARCEL FOUR"). | |
| USPS First Class Mail Parcel 9114999944238100845291 addressed to "Chris Norman, 118 Norwest Drive, Norwest Drive, Norwood, MA 02062" (hereinafter referred to as "PARCEL FIVE"). | |

| | |
|---|---|
| 1 | USPS First Class Mail Parcel )
9114999944238100845345 addressed to )
"Tiffany Borregard, 4949 Gleaner Hall )
Road, Ann Arbor, MI 48105-9284" )
(hereinafter referred to as "PARCEL )
SIX"). )

USPS First Class Mail Parcel )
9114999944238100845277 addressed to )
"Lowell Thomas, 29215 Harbour Vista )
Circle, Saint Augustine, FL 32080" )
(hereinafter referred to as "PARCEL )
SEVEN"). )

USPS First Class Mail Parcel )
9114999944238100845338 addressed to )
"PAUL J GREGORY, 14306 KING TOM )
PL, RUSKIN FL 33573-6720" )
(hereinafter referred to as "PARCEL )
EIGHT"). )

USPS First Class Mail Parcel )
9114999944238100845352 addressed to )
"AKSHAY BHASIN, 220 JOHN STREET,)
10203 THE PROVINCE, ROCHESTER, )
NY 14623" (hereinafter referred to as )
"PARCEL NINE"). )

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is, hereby ordered sealed until further order of this Court.

DATED: October 23, 2014

_____
Hon. Kendall J. Newman
UNITED STATES MAGISTRATE JUDGE